## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JARED M. FRANKE,**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | |
| **vs.**  ) | **Case No. 25-cv-01711-JPG** |
| ) | |
| **MONROE COUNTY JAIL,**  ) | |
| ) | |
| **Defendant.**  ) | |

### JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant. Plaintiff shall recover nothing, and the action is **DISMISSED** without prejudice, the parties to bear their own costs.

**DATED**: 10/9/2025

MONICA A. STUMP, CLERK

By: s/ Megan Domina
        Deputy Clerk

APPROVED: s/ J. Phil Gilbert
              J. PHIL GILBERT
              United States District Judge